Griese, J.

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RONALD L. GALLATIN, M. KENNETH
WITOVER and JOHN D. CASE, on behalf of
themselves and derivatively on behalf of
FOREDESTINE SERIES FUND, LLC-BROAD
MARKET SERIES AND FOREDESTINE SERIES
FUND LLC -- BROAD MARKET XL SERIES,

                Plaintiffs,

-against-

FOREDESTINE, LLC and ROBERT I.
SCHULMAN

                Defendants.

FOREDESTINE SERIES FUND, LLC-BROAD
MARKET SERIES and FOREDESTINE SERIES
FUND, LLC-BROAD MARKET XL SERIES,

                Nomimal Defendants.
----------------------------------------------------------------X

**STIPULATION** +ORDER
**OF DISMISSAL**
**WITH PREJUDICE**

Docket No.
10-cv-9226 (TPG)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), plaintiffs RONALD L. GALLATIN and M.

KENNETH WITOVER hereby stipulate and agree that their claims in this action are hereby

dismissed with prejudice and with each party bearing its own costs. This stipulation may be

**[INTENTIONALLY LEFT BLANK]**

1

executed in counterparts and a facsimile or e-mail signature shall be as good as an original.

Dated: Uniondale, New York
~~March~~ April 7, 2016

RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
Thomas A. Telesca, Esq.
*Attorney for Plaintiffs*
*Ronald L. Gallatin and*
*M. Kenneth Witover*
1425 RXR Plaza
East Tower – 15th Floor
Uniondale, New York 11556
(516) 663-6600

Dated: New York, New York
March 15, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
Seth M. Schwartz, Esq.
*Attorney for Defendants Foredestine*
*LLC and Robert I. Schulman*
Four Times Square
New York, New York 10036
(212) 735-3000


Dated: New York, New York
March ___, 2016

LAZARE POTTER & GIACOVAS, LLP


By: _____
Robert A. Giacovas, Esq.
*Attorney for Nominal Defendants*
*Foredestine Series Fund LLC –*
*Broad Market Series and*
*Foredestine Series Fund, LLC –*
*Broad Market XL Series*
875 Third Avenue, 28th Floor
New York, New York 10022
(212) 758-9300

SO ORDERED:

_____
HON. THOMAS P. GRIESA, U.S.D.J.

2

Case 1:10-cv-09226-TPG   Document 13   Filed 04/07/16   Page 3 of 3

executed in counterparts and a facsimile or e-mail signature shall be as good as an original.

Dated: Uniondale, New York
　　　　March __, 2016

RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
　　　Thomas A. Telesca, Esq.
　　　*Attorney for Plaintiffs*
　　　*Ronald L. Gallatin and*
　　　*M. Kenneth Witover*
　　　1425 RXR Plaza
　　　East Tower – 15th Floor
　　　Uniondale, New York 11556
　　　(516) 663-6600

Dated: New York, New York
　　　　March __, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____
　　　Seth M. Schwartz, Esq.
　　　*Attorney for Defendants Foredestine*
　　　*LLC and Robert I. Schulman*
　　　Four Times Square
　　　New York, New York 10036
　　　(212) 735-3000

Dated: New York, New York
　　　　March 25, 2016

LAZARE POTTER & GIACOVAS, LLP

By: _____
　　　Robert A. Giacovas, Esq.
　　　*Attorney for Nominal Defendants*
　　　*Foredestine Series Fund LLC –*
　　　*Broad Market Series and*
　　　*Foredestine Series Fund, LLC –*
　　　*Broad Market XL Series*
　　　875 Third Avenue, 28th Floor
　　　New York, New York 10022
　　　(212) 758-9300

SO ORDERED:

_____
HON. THOMAS P. GRIESA, U.S.D.J.

4-08-2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/08/2016

2